IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:98-CR-00037-M-14

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GILBERT DEVON MELVIN,

    Defendant.

ORDER

The court takes up this matter sua sponte. On June 27, 2025, the court committed Defendant to the custody of the Attorney General pursuant to 18 U.S.C. §§ 4241 and 4247(b) for a competency evaluation. DE 1157. The court has yet to receive the ordered evaluation, so the parties are ORDERED to provide a joint status report on or before August 29, 2025, informing the court as to when the evaluation is expected to be submitted.

SO ORDERED this 22d day of August, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE