IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:98-CR-00037-M-14

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GILBERT DEVON MELVIN,

    Defendant.

ORDER

This matter comes before the court on Defendant's Motion for Competency Hearing [DE 1165]. For good cause shown, the motion is GRANTED, and a competency hearing shall be held on Monday, September 22, 2025, at 3:00 p.m.

SO ORDERED this ___5th___ day of September, 2025.

Richard E Myers II

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE